IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:19-CV-438 |
| LEAGUE CITY RETAIL LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING CONSENT DECREE AND
## DISMISSAL OF DEFENDANT WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice [D.E. # 7]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant, LEAGUE CITY RETAIL LLC, with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendant, LEAGUE CITY RETAIL LLC, is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6. This case is CLOSED.

Signed at Houston, Texas on April 15, 2019.

_____
Gray H. Miller
Senior United States District Judge